DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANTIAGO MENDOZA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3117

[November 22, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 431997CF000960A.

Santiago Mendoza, Live Oak, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*